IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GEORGE R. UPTMOR III | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:05CV398 |
| | § | |
| J. C. PENNEY COMPANY, INC. | § | |
| | § | |
| Defendant | § | |

## PLAINTIFF'S MOTION TO DISMISS

Plaintiff, based on an agreement with Defendant to arbitration of his claims in this civil action, moves this Court to enter an order of dismissal without prejudice in the form submitted herewith.

WHEREFORE, Plaintiff prays that this Court enter the order of dismissal submitted herewith.

Respectfully submitted,

_____
Robert E. Goodman, Jr.
TSB No. 08158100

5956 Sherry Lane, Suite 800
Dallas, Texas 75225-6597
(214) 368-1765
(214) 368-3974 (telecopy)

COUNSEL FOR PLAINTIFF

AGREED MOTION TO DISMISS – Page 1